UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KODIE HARTIN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE,<br><br>　　　　　Defendant. | NO: 2:22-CV-0189-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

　　　BEFORE THE COURT is the parties' Stipulation of Dismissal with Prejudice.  ECF No. 22.  The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides for the dismissal with prejudice of the above captioned action and without court-awarded costs or attorneys' fees to either party.  The Court has reviewed the record and files herein and is fully informed.

　　　According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1   **ACCORDINGLY, IT IS HEREBY ORDERED**:

2   Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is

3   **DISMISSED** with prejudice, and without court-awarded costs or attorneys' fees to

4   either party.

5   The District Court Executive is directed to enter this Order and Judgment

6   accordingly, furnish copies to counsel, and **CLOSE** the file.

7   **DATED** June 23, 2023.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2